Stanley Goff, State Bar No. 289564
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff
WILLIE STUBBLEFIELD

Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: tbertand@bfesf.com
        rosman@bfesf.com

Attorneys for Defendants
CITY OF NOVATO, ANTHONY SUHRKE,
MICHAEL ALLISON and BLAKE DUNBAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE STUBBLEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NOVATO, et al.,<br><br>    Defendants. | Case No. 3:15-cv-03372-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. Joseph C. Spero** |

IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: September 29, 2016                    BERTRAND, FOX, ELLIOT,
                                             OSMAN & WENZEL

                                             By:   */s/ Richard W. Osman*
                                                   Thomas F. Bertrand
                                                   Richard W. Osman
                                                   Attorneys for Defendants
                                                   CITY OF NOVATO, ANTHONY SUHRKE,
                                                   MICHAEL ALLISON and BLAKE DUNBAR

Dated: September 29, 2016                    LAW OFFICES OF STANLEY GOFF

                                             By:   */s/ Stanley Goff*
                                                   Stanley Goff
                                                   Attorney for Plaintiff
                                                   WILLIE STUBBLEFIELD

### **ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety as to all defendants, each party to bear their own costs and fees.

Dated: September 30, 2016                    _____
                                             UNITED STATES DISTRICT JUDGE